IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN SHORING, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MINISCALCO CONSTRUCTION, LLC, ET AL. | : | NO. 15-2612 |

## ORDER

**AND NOW**, this 31st day of August, 2015, upon consideration of Defendant's "Motion to Open Default Pursuant to Federal Rule of Civil Procedure 55(c)" (Docket No. 9), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED. IT IS FURTHER ORDERED** that the Default entered against Defendant Miniscalco Construction, LLC and Defendant Liberty Mutual Insurance Co. on the docket of this action on June 22, 2015, shall be **VACATED**.

BY THE COURT:

\_\_\_s/ JOHN R. PADOVA\_\_\_\_
John R. Padova, J.